EXHIBIT A- DAVID OLENICK













