Stephen M. Doniger, Cal. Bar No. 179314
Scott A. Burroughs, Cal. Bar No. 235718
David R. Shein, Cal. Bar No. 230870
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Email: stephen@donigerlawfrim.com
       scott@donigerlawfirm.com
       david@donigerlawfirm.com

Attorneys for Plaintiff
DAVID OLENICK

Victor Jih, State Bar No. 186515
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
633 West Fifth Street, Ste. 1550
Los Angeles, CA  90071-2027
Telephone: (323) 210-2900
Facsimile:  (866) 974-7329
Email: vjih@wsgr.com

Jamie Y. Otto, State Bar No. 295099
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email: jotto@wsgr.com

Attorneys for Defendant
TEESPRING, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID OLENICK,<br><br>                Plaintiff,<br><br>vs.<br><br>TEESPRING, INC.,<br><br>                Defendant. | Case Number: 3:19-cv-06851-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff David Olenick, by and through his attorneys of record, and Defendant Teespring, Inc., by and through its attorneys of record, hereby notify the Court that the parties have settled this matter. Consequently, pursuant to Rule 41(a)(1)(A)(ii), the parties stipulate and agree that the above-entitled action be dismissed with prejudice with each party to bear its own costs and attorney fees and that a judgment of dismissal with prejudice be entered in the above-captioned action pursuant to this stipulation of dismissal with prejudice.

WHEREFORE the parties pray for an Order from the Court dismissing this action with

prejudice.

Dated: September 23, 2020.    /s/ *David R. Shein*

                                             David R. Shein
                                             DONIGER / BURROUGHS

Dated: September 23, 2020.    /s/ *Jamie Y. Otto*

                                             Jamie Y. Otto
                                             WILSON SONSINI GOODRICH & ROSATI
                                             Professional Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:    9/23/2020

                                             RICHARD SEEBORG
                                             United States District Judge

1 | I, David Shein, hereby attest that all signatories hereto have concurred in this filing.

Dated: September 23, 2020

DONIGER / BURROUGHS
Professional Corporation

By: /s/ David Shein
      David Shein